MCGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAWRENCE ROBINSON, and NATHANIEL OPONDO HUBBERT<br><br>Defendants. | CASE NO. 2:20-MJ-00101-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: July 23, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ADRIAN T. KINSELLA, and defendants STEVEN LAWRENCE ROBINSON and NATHANIEL OPONDO HUBBERT, both individually and by and through their counsel of record, LINDA C. ALLISON and KRESTA N. DALY, respectively, hereby stipulate as follows:

1. The Complaint in this case was filed on July 6, 2020, and defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on July 9, 2020. The court scheduled a continued detention hearing for defendant ROBINSON for July 14, 2020, and a preliminary hearing date for defendant HUBBERT of July 23, 2020.  No preliminary hearing has yet been set for defendant ROBINSON.  Both defendants remain in custody.

2. By this stipulation, the parties jointly request a single preliminary hearing for both defendants, and move for an extension of time of the preliminary hearing date to July 30, 2020, at 2:00

p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 23, 2020, and July 30, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: July 14, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: July 14, 2020

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
STEVEN LAWRENCE ROBINSON

Dated: July 14, 2020

/s/ KRESTA N. DALY
KRESTA N. DALY
Counsel for Defendant
NATHANIEL OPONDO HUBBERT

McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAWRENCE ROBINSON, and NATHANIEL OPONDO HUBBERT,<br><br>Defendants. | CASE NO. 2:20-MJ-00101-CKD<br><br>[~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: July 23, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 14, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing for defendant HUBBERT is extended to July 30,

2020, at 2:00 p.m.

2. Defendant ROBINSON, whose preliminary hearing has not yet been scheduled, is also set for July 30, 2020, at 2:00 pm.

3. The time between July 23, 2020, and July 30, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: July 14, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE