McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00123-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| STEVEN LAWRENCE ROBINSON, and, NATHANIEL OPONDO HUBBERT, | DATE: August 4, 2020
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 4, 2020.

2. By this stipulation, defendants now move to continue the status conference until September 1, 2020 at 9:30 a.m., and to exclude time between August 4, 2020, and September 1, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over eight gigabytes of evidence in electronic form, including police reports, pictures, multiple hours of video footage, laboratory reports, search warrants, and a forensic cellular phone report. The government has represented to defense counsel that it has provided the majority of this initial discovery and anticipates providing the remaining initial discovery by August 4, 2020.

        b)       Counsel for defendants desire additional time consult with their clients, review the existing discovery, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

        c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2020 to September 1, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: August 3, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ ADRIAN T. KINSELLA<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| Dated: August 3, 2020 | /s/ MEGAN T. HOPKINS<br>MEGAN T. HOPKINS<br>Counsel for Defendant<br>STEVEN LAWRENCE ROBINSON |
| Dated: August 3, 2020 | /s/ KRESTA DALY<br>KRESTA DALY<br>Counsel for Defendant<br>NATHANIEL OPONDO HUBBERT |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of August, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE