McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00123-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| STEVEN LAWRENCE ROBINSON, and, NATHANIEL OPONDO HUBBERT, | DATE: September 1, 2020 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on September 1, 2020.

2.      By this stipulation, defendants now move to continue the status conference until October 27, 2020 at 9:30 a.m., and to exclude time between September 1, 2020, and October 27, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over eight gigabytes of evidence in electronic form, including police reports, pictures, multiple hours of video footage, laboratory reports, search warrants, and a forensic cellular phone report.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time consult with their clients, to review

1   the existing discovery, to discuss potential resolutions with their clients, and to otherwise prepare

2   for trial.

3          c)      Counsel for defendants believe that failure to grant the above-requested

4   continuance would deny them the reasonable time necessary for effective preparation, taking into

5   account the exercise of due diligence.

6          d)      The government does not object to the continuance.

7          e)      Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of September 1, 2020 to October 27,

12   2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13   T4] because it results from a continuance granted by the Court at defendant's request on the basis

14   of the Court's finding that the ends of justice served by taking such action outweigh the best

15   interest of the public and the defendant in a speedy trial.

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

//

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 26, 2020                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ ADRIAN T. KINSELLA
                                                    ADRIAN T. KINSELLA
                                                    Assistant United States Attorney

Dated:  August 26, 2020                             /s/ MEGAN HOPKINS
                                                    MEGAN HOPKINS
                                                    Assistant Federal Defender
                                                    Counsel for Defendant
                                                    STEVEN LAWRENCE ROBINSON


Dated:  August 26, 2020                             /s/ KRESTA DALY
                                                    KRESTA DALY
                                                    Counsel for Defendant
                                                    NATHANIEL OPONDO HUBBERT


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of August, 2020.


                                                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE