HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
STEVEN LAWRENCE ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>STEVEN LAWRENCE ROBINSON,<br><br>            Defendants. | Case No.  2:20-cr-00123-JAM<br><br>STIPULATION TO CONTINUE BAIL REVIEW HEARING; [~~PROPOSED~~] ORDER<br><br>DATE:   December 14, 2020<br>TIME:    2:00 p.m.<br>JUDGE: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the bail review hearing set for December 11, 2020 at 2:00 p.m. be continued to **December 14, 2020 at 2:00 p.m.** before the Honorable Deborah Barnes.

Prior to filing the motion for bail review, defense counsel attempted to confer with the government regarding the scheduling of the bail review hearing, however government counsel was unable to respond until later that evening, after the motion was filed. Upon having the opportunity to confer regarding an expedited briefing schedule and hearing date, the parties agree that a one-day continuance to December 14, 2020 will afford both the government and the pretrial services office sufficient time to prepare for the hearing. The parties further agree and stipulate that the government's opposition to the bail review motion, if any, shall be filed no later than Friday, December 11, 2020.

///

The parties agree that good cause for the continuance exists because government counsel has prior obligations and filing deadlines this week that constrain government counsel from filing an opposition brief sooner than December 11, 2020. Furthermore, despite making the request for an interview on the morning of December 9, 2020, the pretrial services officer is still awaiting confirmation from the jail regarding a pretrial services interview as of the date of this filing. Accordingly, a brief continuance to ensure the pretrial services officer and the parties are adequately prepared for the hearing is appropriate, and the parties so stipulate.

A proposed order is attached for the Court's review and consideration.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: December 10, 2020          /s/ Adrian Kinsella
                                  ADRIAN KINSELLA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: December 10, 2020          /s/ Megan T. Hopkins
                                  MEGAN T. HOPKINS
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  STEVEN LAWRENCE ROBINSON

# **O R D E R**

**IT IS SO ORDERED** that the bail review hearing currently scheduled for December 11, 2020 at 2:00 p.m. is hereby continued to **December 14, 2020 at 2:00 p.m.** The government's opposition, if any, shall be filed by December 11, 2020.

DATED: December 10, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE