| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 27, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN LAWRENCE ROBINSON,<br><br>　　　　　Defendant. | Case No.  2:20-cr-0123-JAM<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  <u>STEVEN LAWRENCE ROBINSON</u> , Case No. <u>2:20-cr-0123-JAM</u>  Charge <u>21 USC § § 846, 841(a)(1) and 21 USC § 841(a)(1)</u>, from custody for the following reasons:

　　____  Release on Personal Recognizance

　　____  Bail Posted in the Sum of $ _____

　　**x**　Unsecured Appearance Bond $  <u>50,000 signed by Gina Robinson</u>

　　____  Appearance Bond with 10% Deposit

　　____  Appearance Bond with Surety

　　____  Corporate Surety Bail Bond

　　**X**　(Other): <u>It is ordered Mr. Robinson is to be released at 9 AM on 1/28/2021 to Gina Robinson and to be returned to the Sacramento County Jail on 1/28/2021 no later than 4:30 PM.</u>

Issued at Sacramento, California on January 27, 2021 at _4:10 pm_____.

　　　　　　　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney