|  |  |
|---|---|
|  | **FILED**<br>December 09, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN LAWRENCE ROBINSON,

    Defendant.

Case No. 2:20-cr-00123-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVEN LAWRENCE ROBINSON</u> Case No. <u>2:20-cr-00123-JAM</u>, Charge <u>18 U.S.C. § 3606,</u> from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

        \_\_\_\_\_    Unsecured Appearance Bond $ _____

        \_\_\_\_\_    Appearance Bond with 10% Deposit

        \_\_\_\_\_    Appearance Bond with Surety

        \_\_\_\_\_    Corporate Surety Bail Bond

        \_\_X\_\_    (Other): **<u>TIME SERVED.</u>**

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Dated: December 09, 2025

                                  */s/ John A. Mendez*
                                  JOHN A. MENDEZ,
                                  SENIOR UNITED STATES DISTRICT JUDGE